**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES ALLEN ARNOLD | ) | Case No. 07-18751 |
| SS# XXX-XX-2180 | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL

COMES NOW, Mark A. Larson, former associate attorney with Allen & Vellone, P.C., who withdraws as counsel for creditor Hendricks Holding Company, Inc., in the above-captioned matter. Patrick D. Vellone of Allen & Vellone, P.C., shall continue as counsel for Hendricks Holding Company, Inc.

Dated this 21st day of May, 2010.

ALLEN & VELLONE, P.C.

By: ______________________
Patrick D. Vellone, #15284
1600 Stout St., Ste. 1100
Denver, CO 80202
303-534-4499
pvellone@allen-vellone.com

SENDER & WASSERMAN, P.C.

By: ______________________
Mark A. Larson, #30659
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX
mal@sendwass.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 21, 2010, I served by prepaid first class mail [or other acceptable means, i.e. via hand delivery] a copy of the foregoing NOTICE OF WITHDRAWAL AAND FOR SUBSTITUTION OF COUNSEL, in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, and, if applicable, other interested parties the undersigned mailed notice at the following addresses:

William A. Richey
730 17th St., Ste. 240
Denver, CO 80202

Rachael B. Gamble
1801 Broadway, Ste. 1600
Denver, CO 80202

T.R. Rice
1801 Broadway, Ste. 1600
Denver, CO 80202

James T. Burghardt
16 Market Square
1400 16th St.
6th Floor
Denver, CO 80202

Patrick D. Vellone
1600 Stout St., Ste. 1100
Denver, CO 80202

Holly R. Shilliday
1200 17th St., Ste. 1900
Denver, CO 80202

Kenneth J. Buechler, Esq.
Buechler Law Office, L.L.C.
1828 Clarkson Street, Suite 200
Denver, Colorado 80218

Jeffrey Weinman, Esq.
Weinman & Associates, P.C.
730 17th Street, Ste. 240
Denver, CO 80202

R. Livingston Keithley, Esq.
1515 Arapahoe St., Tower 1 - Ste 1600
Denver, CO 80202

Robert Brunelli
1560 Broadway, Ste. 1200
Denver, CO 80202

James T. Markus
1700 Lincoln St., Ste. 4000
Denver, CO 80203

Paul Moss
999 18th St., Ste. 1551
Denver, CO 80202

Joanne C. Speirs
999 18th St., Ste. 1551
Denver, CO 80202

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Jim Taggart
8449 South Robidoux Road
Sandy, UT 84093

Simon E. Rodriquez
P.O. Box 36324
Denver, CO 80236

Jewel Berkley
31790 E. 2nd Ct.
Watkins, CO 80137-6821

Charles Allen Arnold
2554 S. Ellis St.
Lakewood, CO 80228-4848

Quantic Research Systems, Inc.
1302 8th Steet
Golden, CO 80401